May 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

KING FUELS, INC, Appellant

NO. 14-13-00010-CV                    V.

BABAR H. HASHIM AND LEE OIL CO., INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellant, King Fuels, Inc., signed October 8, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment.

We order the judgment of the court below **AFFIRMED**.

We order appellant, King Fuels, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.